THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Errin Lamont Hutton, 
 Appellant.
 
 
 

Appeal From Cherokee 
 County
  J. Derham Cole, Circuit Court 
 Judge

Unpublished Opinion 
 No. 2004-UP-286
 Submitted February 23, 2004  Filed 
 May 3, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Robert M. Pachak, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, all of Columbia; and 
 Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER 
 CURIAM:  Hutton was convicted of two counts of armed robbery, two counts 
 of ABHAN, four counts of kidnapping, armed robbery, and burglary in the first 
 degree.  He received ten-year sentences on the two ABHAN charges, and on each 
 of the remaining charges he was sentenced to life imprisonment without parole.  
 Huttons appellate counsel has petitioned to be relieved as counsel, stating 
 he has reviewed the record and has concluded Huttons appeal is without merit.  
 The sole issue briefed by counsel argues Huttons trial should have been severed 
 from that of a codefendant.  In a separate pro se brief, Hutton raises 
 twenty issues addressing jurisdictional or due process issues.
After 
 review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams,  305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 this appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 
 [1]  We decide this case without oral argument pursuant to Rule 215, 
 SCACR.